UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV24-02784-MWC-JPR | Date | July 10, 2025 |
|---|---|---|---|
| Title | The Bureau Fashion Week LLC v. The Society Model Management Inc. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE JS-6

    An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on June 20, 2025 ordering Plaintiff either to: (i) respond in writing no later than June 30, 2025 as to why the matter should not be dismissed for lack of prosecution. A response was filed by Plaintiff on June 30, 2025 (Dkt. 19). As of date, no proper proof of service has been filed indicating that the summons and complaint have been served on Defendant or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution.